# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| ANTHONY RETIC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 5:23-cv-01396-MHH-SGC |
| CAPTAIN JOHN HUTTON, *et al.*, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on April 5, 2024 in which she recommended that the Court dismiss this action without prejudice under 28 U.S.C. § 1915A(b) because Mr. Retic has not stated a claim upon which relief can be granted.  (Doc. 16).  The magistrate judge advised Mr. Retic of his right to file written objections within 14 days, and then, at Mr. Retic's request, granted him an extension of time until May 14, 2024, to file objections.  (Doc. 16, p. 15; Doc. 18). To date, the Court has not received objections from Mr. Retic.

After careful consideration of the electronic record in this case and the magistrate judge's report, the Court adopts the report and accepts the recommendation.  Consistent with that recommendation and 28 U.S.C. § 1915A(b), by separate order, the Court will dismiss this action without prejudice for failure to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this May 22, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE